F I L E D
Clerk
District Court

AO 240A   (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

MAR 1 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| REYNALDO L. GARCIA<br>Plaintiff<br>V.<br>POONG - IN SAIPAN, INC.<br>Defendant | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: CV 08-0017 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this _19TH_ day of _MARCH_, _2008_.

_____
Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer

**RECEIVED**
MAR 1 9 2008
Clerk
District Court
The Northern Mariana Islands