# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0017											September 4, 2008
												8:55 a.m.

       REYNALDO L. GARCIA , et al -v- POONG-IN SAIPAN, INC.

PRESENT:	Hon. Alex R. Munson, Chief Judge
		Sanae Shmull, Court Reporter
		K. Lynn Lemieux, Courtroom Deputy
		Stephen Woodruff, Attorney for Plaintiff


       PROCEEDINGS:   ORDER TO SHOW CAUSE

       Attorney Stephen Woodruff was present on behalf of Plaintiffs.   Defendants were not represented.

       Attorney Woodruff argued for more time.

       Court, after hearing all argument, gave the Plaintiff sixty (60) days to effect service in this case.


												Adjourned 8:56 a.m.


												/s/K. Lynn Lemieux, Courtroom Deputy